No. 218. INTERNATIONAL FINANCE CORP. *v.* GENERAL MOTORS ACCEPTANCE CORP. October 8, 1934. Petition for writ of certiorari to the United States Court of Ap-

peals for the District of Columbia denied. *Messrs. Jo V. Morgan, Charles A. Douglas, Hugh H. Obear,* and *Edmond D. Campbell* for petitioner. *Messrs. Frank S. Bright, George C. Shinn,* and *H. Stanley Hinrichs* for respondent.